# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Iowa Voter Alliance, Todd Obadal, Michael C. Angelos, Diane L. Holst, | Civil Action No.: 20-CV-2078-KEM |
| Plaintiffs, | |
| vs. | **Memorandum in Support of Motion for Request for Reassignment** |
| Black Hawk County and Scott County, | |
| Defendants. | |

## Statement of Facts

On October 1, 2020 Plaintiffs Iowa Voter Alliance, Todd Obadal, Michael C. Angelos, and Diane L. Holst filed a Complaint with the Norther District of Iowa challenging the use of private moneys to affect federal elections and requesting immediate injunctive releif. On October 2, 2020, the Northern District of Iowa sent a Notice of Assignment assigning the matter to Magistrate Judge Kelley K.E. Mahoney.

## Request for Reassignment

Counsel for Plaintiffs Iowa Voter Alliance, Todd Obadal, Michael C. Angelos, and Diane L. Holst request a reassignment to a District Court judge. The underlying civil action was originally assigned to a Magistrate Judge under 28 U.S.C. § 636 and the Northern District of Iowa Administrative Order 17-AO-0015P in order to "secure the just speedy and inexpensive determination of every action and proceeding" consistent with Rule 1 of the Federal Rules of Civil Procedure. However, the nature of the underlying action – involving a

request for immediate injunctive relief relating to the federal elections – requires expedited review and disposition.

The alleged unconstitutional actions of the Defendants and relief will ensure the integrity of the November 3, 2020 federal general election. Private grant moneys have been accepted to maintain, promote, or enhance the voting of a specific type of demographic group of voters. In order to prevent further spending of the Defendants illegally accepted grant money that could affect the upcoming federal elections. The procedure provided by 28 U.S.C. § 636 for hearings before a Magistrate Judge is insufficient and overly time consuming when faced with the looming election deadline and ongoing spending of the grant funds.

Therefore, in accordance with the procedures outlined in the Notice of Assignment to United States Court Magistrate Judge issued on October 2, 2020 and Local Rule 7 of the Northern District of Iowa, Plaintiffs refuse to consent to hearing this case before a Magistrate Judge and request reassignment to an Article III judge in this district.

Dated: October 2, 2020.
　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Vincent J. Fahnlander*
　　　　　　　　　　　　　　　　　　　　　　　　Vincent Fahnlander, Iowa No. 9485
　　　　　　　　　　　　　　　　　　　　　　　　Special Counsel to Amistad Project of the
　　　　　　　　　　　　　　　　　　　　　　　　Thomas More Society
　　　　　　　　　　　　　　　　　　　　　　　　Mohrman, Kaardal & Erickson, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　150 South Fifth Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 612-341-1074
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 612-341-1076
　　　　　　　　　　　　　　　　　　　　　　　　Email: fahnlander@mklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*