# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| IOWA VOTER ALLIANCE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BLACK HAWK COUNTY, et al., <br><br> Defendants. | No. C20-2078-LTS <br><br> **ORDER** |

This case is before me on plaintiffs' motion (Doc. 6) for a temporary restraining order. The motion will proceed as follows:

1. Plaintiffs are responsible for providing notice of this action, the pending motion and this order to defendants as quickly as possible, whether through formal service or otherwise. On or before **October 10, 2020**, plaintiffs shall file a report describing the steps they have taken to comply with this notice requirement.

2. I will conduct a telephonic hearing on the motion for temporary restraining order on **Tuesday, October 20, 2020**, at **9:30 a.m.** The parties are directed to call into the bridge conference line as follows: Dial 1-877-402-9753. Enter Access Code 4189501#. Press # to enter as a participant. Enter Security Code 1230#. The call will become active upon the "host" (the Court) entering the conference bridge. Absent my prior approval, I will hear from counsel only during the hearing. However, this is a public proceeding, meaning the parties and members of the media or the general public are welcome to join the conference call and listen silently to the proceedings.

3. Defendants shall file a response to the motion for temporary restraining order no later than **October 15, 2020**.

**IT IS SO ORDERED.**

**DATED** this 7th day of October, 2020.

_____
Leonard T. Strand, Chief Judge