# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Iowa Voters Alliance, Todd Obadal, Michael C. Angelos, Diane L. Holst,<br><br>Plaintiffs,<br><br>vs.<br><br>Black Hawk County and Scott County,<br><br>Defendant. | Case No. 20-cv-02078 LTS-KEM<br><br>**SECOND DECLARATION OF VINCENT J. FAHNLANDER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Vincent J. Fahnlander, being duly sworn, declares as follows:

1. I have personal knowledge of the following.

2. I am an attorney for the Plaintiffs Iowa Voters Alliance, Todd Obadal, Michael C. Angelos, and Diane L. Holst.

3. Please note that there is an error in the complaint. In the chart on page 16, there is an error regarding the 2016 election returns in Scott and Woodbury County. In total for Scott County, Donald Trump received 39,149 votes while Hillary Clinton received 40,440 votes. This means 50.81% of the vote went to Hillary Clinton. In 2012, Barack Obama received 50,652 votes in the county, which means there was a 10,212 under vote in 2016. In Woodbury County, Donald Trump received 24,727 votes while Hillary Clinton received 16,210. This means 39.59% of the vote went to Hillary Clinton. In 2012, Barack Obama received 22,302 votes in the county, which means a 7,092 under vote in 2016.

4. Attached as Exhibit H is a copy of a research paper on the legitimacy and Effect of Private Funding in State and Federal Electoral Processes. Thomas Moore Society

retained a professional organization to analyze whether grants from private, non-profit organizations that are independent of state certified HAVA implementation plans and legislative appropriations processes may legitimately be integrated with public funding by local governments for electoral administration. The voluminous documents utilized for the research are also in the possession of my office. The report is an accurate synthesis of the research conducted by the professional organization.

5. Attached as Exhibit I is a copy of the Petition filed by Louisiana Attorney General Jeff Landry and the Louisiana Attorney General's office to prevent the private funding of federal election administration dated October 2, 2020.

6. Attached as Exhibit J is a revised copy of a timeline of the Center for Tech and Civic Life grant activity for Minnesota, Wisconsin, Michigan, and Pennsylvania between October 2019 and October 1, 2020. My firm engaged a professional organization to examine all CTCL publicly available documents during the timeframe and compile a chart that accurately reflected the facts obtained from those voluminous documents. The voluminous documents are also in the possession of my office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 12, 2020            /s/Vincent J. Fahnlander
                                   Vincent J. Fahnlander

Hennepin County
State of Minnesota